# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

NEIL A. MILLER, P.C., a Michigan
Professional Service Corporation,
individually and as the representative of
a class of similarly situated persons,

        Plaintiff,

v.

JAMES PUBLISHING, INC., and JOHN
DOES 1-12,

        Defendants.

Case No. 15-14480
Judge David M. Lawson

## **INDEX OF EXHIBITS**

| **Exhibit No.** | **Document** |
|---|---|
| A | Unpublished cases. |
| B | Out-of-State Cases |